No. 12–7255.  SMITH *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir. Certiorari denied.

No. 12–7256.  MORSE *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–7259.  MUHAMMAD *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 12–7261.  MYCOFF *v.* FLORIDA ET AL.  C. A. 11th Cir. Certiorari denied.

No. 12–7262.  PIZZOFERRATO *v.* TIBERI ET AL.  C. A. 1st Cir. Certiorari denied.

No. 12–7263.  MOORE *v.* FEDERAL BUREAU OF PRISONS.  C. A. 5th Cir.  Certiorari denied.

No. 12–7264.  SANCHEZ *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–7266.  SIMMONS *v.* STEELE, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 12–7267.  VALENTINE *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 12–7268.  WHITERS *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 12–7275.  MCCALLISTER *v.* MCCALLISTER.  Ct. Sp. App. Md.  Certiorari denied.

No. 12–7276.  DEAN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–7277.  COLLYER *v.* FARRIS ET AL.  Sup. Jud. Ct. Me. Certiorari denied.

No. 12–7278.  CARTER *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.